UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2019

    ELADIO A. IRIZARRY,                                :
                                    Plaintiff,         :
                                                       :                    19 Civ. 9602 (LGS)
                   -against-                           :
                                                       :                         ORDER
    CORTLANDT ASSOCIATES LLC, ET AL.,                  :
                                    Defendants.        :
                                                       :
-------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pretrial conference is scheduled for December 10, 2019.  The

parties did not timely file their joint letter and proposed case management plan as Dkt. No. 9

requires.  It is hereby

        **ORDERED** that the parties shall file these materials as soon as possible and no later than

**December 5, 2019, at 2:00 p.m.**

Dated:  December 4, 2019
        New York, New York

                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE