UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ELADIO A. IZARRY,
                    Plaintiff,

         -against-

CORTLANDT ASSOCIATES LLC,
                    Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2019

19 Civ. 9602 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for December 10, 2019;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the December 10, 2019, 10:30 a.m. initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and settlement referral, as the parties requested, will follow separately.

The parties should be aware that the Court does not extend discovery deadlines absent compelling circumstances.

Dated: December 9, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE