```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ELADIO A. IRIZARRY,                              :

                Plaintiff,                       :    ORDER

        -v.-                                     :
                                                      19 Civ. 9602 (LGS) (GWG)
CORTLANDT ASSOCIATES LLC, et al.,                :

                Defendant.                       :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference scheduled for April 7, 2020 at 02:30 p.m. is hereby changed to a telephonic settlement conference. The parties are directed to arrange for a conference call (preferably toll free) that all parties and the Court may dial into. The parties shall provide the dial-in number to the court by means of an email sent to gorensteinsettlement@nysd.uscourts.gov in advance of the conference.

      The submissions required by Docket # 24 remain due on April 1, 2020.

      SO ORDERED.

Dated: March 17, 2020
       New York, New York

                                                                  /s/
                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge