UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ELADIO A. IZARRY,
                          Plaintiff,              19 Civ. 9602 (LGS)

          -against-                        ORDER

CORTLANDT ASSOCIATES LLC,
                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Paragraph 13(b) of the Amended Case Management Plan (Dkt. No. 30) requires the parties to file a status letter by May 29, 2020, and the parties have not timely filed their letter. It is hereby

       **ORDERED** that the parties shall file their status letter as soon as possible and no later than **June 4, 2020**.

Dated: June 1, 2020
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**