LAW OFFICE OF

# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERII@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

By **November 5, 2020**, the parties shall file: (i) the settlement agreement to the Court; and (ii) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable.  S*ee Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); s*ee, e.g., Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable).  The parties' letter shall include a detailed breakdown of counsel's time spent and expenses incurred if counsel is seeking attorneys' fees and expenses.  Any pending conferences and deadlines are **CANCELLED**.

Dated:  October 15, 2020
        New York, New York

October 14, 2020

_Lorna G. Schofield_
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**

Hon. Lorna G. Schofield, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Irizarry v. Cortlandt Associates LLC et al*, 19 CV 9602 (LGS)

Dear Judge Schofield:

    This firm represents the plaintiff in the above-referenced action. The plaintiff writes with Defendants' consent. The parties have settled this matter in principle. Therefore, the parties ask the Court to stay all deadlines and allow the parties until November 16, 2020, to submit the agreement for a ruling that the agreement is fair pursuant to the Fair Labor Standards Act.

    I thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri