Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller  
jazeller@zellerlegal.com

John M. Gurrieri  
jmgurrieri@zellerlegal.com

Telephone: 212.229.2249  
Facsimile: 212.229.2246

**This application is GRANTED.  The parties' deadline to file their *Cheeks* materials is extended to December 4, 2020.**

**In light of the parties' settlement and canceled trial, the motions in *limine* at Dkt. Nos. 40, 42 and 44, are DENIED as moot.**

**The Clerk of Court is respectfully directed to close Dkt. Nos. 40, 42, 44, and 51.**

**Dated:  November 4, 2020**  
           **New York, New York**

November 3, 2020

*[signature]*

**Lorna G. Schofield**
**United States District Judge**

<u>**VIA ECF**</u>

Hon. Lorna G. Schofield, United States District Judge  
United States District Court for the Southern District of New York  
Thurgood Marshall United States Courthouse

Re: *Irizarry v. Cortlandt Associates LLC et al*, 19 CV 9602 (LGS)

Dear Judge Schofield:

      This firm represents the plaintiff in the above-referenced action. The plaintiff, with defendants' consent, moves to extend the time to submit the settlement agreement for fairness from November 5, 2020, until December 4, 2020. The parties have finalized the form of the agreement and now need to execute it and finalize the fairness letter. This request for an extension of this deadline is the first.

      I thank the Court for its time and consideration.

                                                            Respectfully submitted,

                                                            *[signature]*

                                                            John M. Gurrieri