UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ELADIO IRIZARRY,
                             Plaintiff,

              -against-

CORTLANDT ASSOCIATES LLC, et al.,

                            Defendants.
------------------------------------------------------------- X

19 Civ. 9602 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties filed their joint letter and settlement agreement, in this action arising under the Fair Labor Standards Act ("FLSA"), and filed supporting documentation substantiating the requested expenses and costs (Dkt. No. 53). It is hereby

**ORDERED** that the settlement agreement is APPROVED as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert denied.*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012). It is further

**ORDERED** that Plaintiff's counsel's request for $21,400.68 is GRANTED. The remainder of the settlement shall be distributed to Plaintiff.

In light of the settlement, the Clerk of Court is respectfully directed to close the case.

Dated: December 14, 2020
       New York, New York

                                             LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE